UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARK WALTERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-23-532-G |
| ) | |
| DR. SPENCER ZEAVIN, M.D. et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Mark Walters, a federal inmate, filed this federal civil rights action on June 14, 2023. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Amanda Maxfield Green for preliminary review.

On January 30, 2024, Judge Green issued a Report and Recommendation (Doc. No.47), in which she recommended that Plaintiff's Motion for Voluntary Dismissal (Doc. No. 45) be granted and that Plaintiff's Motion to Waive Remainder of Filing Fee (Doc. No. 46) be denied. In the Report and Recommendation, Judge Green advised Plaintiff of his right to object to the Report and Recommendation by February 20, 2024. Judge Green also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Plaintiff has not submitted any objection to the Report and Recommendation or sought leave for additional time to do so.

## CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 47) is ADOPTED in its entirety.  This action is DISMISSED without prejudice.  Plaintiff's Motion to Waive Remainder of Filing Fee (Doc. No. 46) is DENIED.

A separate judgment shall be entered.

IT IS SO ORDERED this 3rd day of April, 2024.

_____
CHARLES B. GOODWIN
United States District Judge